UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:

RUSTY HAYNES,
                      Debtor.
--------------------------------------------------------------x
RUSTY HAYNES, Debtor and Plaintiff on
behalf of himself and all others similarly
situated,
                      Plaintiff,
v.

CHASE BANK USA, N.A.,
                      Defendant.
--------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-18

**ORDER**

18 CV 3307 (VB)

       The parties' joint motion to withdraw to this Court the reference of the class action adversary proceeding, Adv. Proc. No. 13-08370 (RDD), to the Bankruptcy Court (Doc. #1), is GRANTED for the reasons set forth in the joint motion. 28 U.S.C. § 157(d).

       Having granted the motion to withdraw the reference, it is further hereby ORDERED:

       1. The motion for final approval of the class action settlement shall be filed by August 6, 2018;

       2. Any response to the motion for final approval shall be filed by August 13, 2018; and

       3. The hearing on final approval of the class action settlement shall be held on August 20, 2018, at 2:00 p.m.

       The Clerk is instructed to terminate the motion. (Doc. #1).

Dated: May 1, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge