UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Rusty Haynes,<br><br>          Debtor.<br><hr><br>Rusty Haynes, Individually and On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     -against-<br><br>Chase Bank USA, N.A.,<br><br>          Defendant. | Index No.: 18-cv-03307-VB |

**NOTICE OF MOTION FOR FINAL APPROVAL**

    **PLEASE TAKE NOTICE** that, upon the Memorandum of Law and the supporting Declaration of Adam R. Shaw, Plaintiff by and through his counsel, shall move before the Honorable Vincent L. Briccetti, United States District Judge at the United States District Court of the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, New York 10601, on August 20, 2018, for an order under Rule 7023 of the Federal Rules of Bankruptcy Procedure and Rule 23(e) of the Federal Rules of Civil Procedure for Final Approval of the Settlement.

    **PLEASE TAKE NOTICE** that all responses or objections, if any, to the Motion shall be made in writing, no later than Thursday, August 13, 2018.

2

DATED:  August 6, 2018                **BOIES SCHILLER FLEXNER LLP**

By:   /s/ Adam R. Shaw
George F. Carpinello
Adam R. Shaw
Anne M. Nardacci
30 South Pearl Street
Albany, NY  12207
(518) 434-0600

**CHARLES JUNTIKKA & ASSOCIATES LLP**
Charles Juntikka
30 Vesey Street, #100
New York, NY  10007
(212) 315-3755

*Attorneys for Plaintiff*